477 P.2d 833

**Esther APODACA and Albert Gonzales, Petitioners,**

v.

**James M. SCARBOROUGH, Respondent.**

**No. 9176.**

Supreme Court of New Mexico.

Dec. 7, 1970.

Original Prohibition Proceeding

Ordered that petition for writ of prohibition be and the same is hereby denied.

477 P.2d 833

**The STATE of New Mexico, ex rel. VALENCIA COUNTY CLERK, Lucy Keys Brubaker, Clerk, Petitioner,**

v.

**The Honorable Paul F. LARRAZOLO, District Judge, Second Judicial District, Valencia County, New Mexico, Respondent.**

**No. 9169.**

Supreme Court of New Mexico.

Dec. 9, 1970.

Original Prohibition Proceeding

Ordered that the alternative writ of prohibition issued herein on November 23, 1970, be and the same is hereby made permanent, and all material impounded pursuant to the orders of the District Court in and for the County of Valencia, in cause No. 16056, shall remain impounded subject to the further orders of the District Court in the election contest proceedings which have been initiated in Valencia County District Court Cause No. 16089.

477 P.2d 833

**Louis MADRID, Petitioner,**

v.

**Hon. D. A. MACPHERSON, Jr., Respondent.**

**No. 9179.**

Supreme Court of New Mexico.

Dec. 21, 1970.

Original Prohibition Proceeding

Ordered that the alternative writ of prohibition issued herein on December 11, 1970 be and the same is hereby made permanent.

477 P.2d 833

**STATE of New Mexico, ex rel. Lance T. GORDON, Petitioner,**

v.

**Hon. Edwin L. SWOPE, District Judge, Second Judicial District, State of New Mexico, Respondent.**

**No. 9185.**

Supreme Court of New Mexico.

Dec. 22, 1970.

Original Prohibition Proceeding

Ordered that petition for writ of prohibition be and the same is hereby denied.

477 P.2d 833

**William J. SHEFF, Petitioner,**

v.

**DISTRICT COURT, Ninth Judicial District, It's Clerk, Judges and the District Attorney, in and for Roosevelt County, New Mexico, Respondents.**

**No. 9137.**

Supreme Court of New Mexico.

Dec. 23, 1970.

Original Mandamus Proceeding

Ordered that the detainer heretofore issued by the Sheriff of Roosevelt County be and the same is hereby vacated and set aside.

Further ordered that the writ of mandamus heretofore issued in this cause on the 16th day of October, 1970, be and the same is hereby quashed.